UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| GLEN C. LETSINGER, | ) | |
|---|---|---|
| *Petitioner*, | ) | |
| | ) | No.: 3:13-cv-484-TAV-CCS |
| v. | ) | |
| | ) | |
| JEWEL STEELE, Warden, | ) | |
| | ) | |
| *Respondent*. | ) | |

## MEMORANDUM AND ORDER

This petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254 was dismissed as time-barred, after petitioner was given the opportunity to show cause why the petition should not be barred by the statute of limitation. In response, petitioner simply stated that he was not aware of the statute of limitation. Petitioner has now filed a motion to reconsider dismissal of his petition and claims he has been denied due process by this Court. Petitioner does not identify the manner in which he has allegedly been denied due process and he has failed to present any additional information which would cause this Court to reconsider the order of dismissal. Accordingly, the motion to reconsider [Doc. 22] is **DENIED**.

**E N T E R:**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE