UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GLEN C. LETSINGER, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | No.: 3:13-cv-484-TAV-CCS |
| v. ) | |
| ) | |
| JEWEL STEELE, Warden, ) | |
| ) | |
| *Respondent*. ) | |

## MEMORANDUM AND ORDER

This petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254 was dismissed as time-barred. Petitioner filed a motion to reconsider the dismissal, which was denied. Petitioner has now filed a motion for writ of certiorari, in which he asks the Court to order the Criminal Court of Knox County, Tennessee, to release certain documents pertaining to his case. The Court lacks jurisdiction to grant petitioner the relief requested and the motion for writ of certiorari [Doc. 25] is **DENIED**.

**E N T E R :**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE